United States District Court
Northern District of Texas

Jeremy Pinson,
   Plaintiff,
v.
Jose Santana, Catricia Howard,
Charles Samuels,
   Defendant

Case No. 3-13CV2098-D

COMPLAINT

## I. Jurisdiction

1. Jurisdiction is asserted pursuant to 28 U.S.C. 1331 (federal question) and 1332 (diversity of citizenship).

## II. Parties

1. Plaintiff Jeremy Pinson is a federal inmate.
2. Defendant Jose Santana is employed as D.S.C.C. Chief in Grand Prairie, Texas.
3. Defendant Catricia Howard is employed as Designator in Grand Prairie, Texas.
4. Defendant Charles Samuels is employed as BOP Director in Washington, D.C.

## III. Cause of Action

1. Defendants violated the 8th Amendment rights of Plaintiff.

1

## IV. Supporting Facts

1. Plaintiff has been housed in federal prisons in Texas, Oklahoma, Alabama and Colorado since 2011.
2. The Plaintiff is diagnosed with epilepsy and has approximately 3 siezures a week resulting in loss of consciousness, inability to speak, walk or control voluntary muscles.
3. A siezure can result in death or serious injury.
4. Defendants Howard and Santana are primarily responsible for designating federal prisoners to any of 117 federal prisons including 5 medical centers.
5. Defendants Howard, Santana and Samuels have known Plaintiff has epilepsy yet have housed Plaintiff in non-medical facilities in numerous states with no constant supervision resulting in numerous injuries including bruises, head trauma, dizziness, impaired vision due to siezures.
6. Defendant Samuels sent defendant Santana an email approving Plaintiff's housing designations since 2011.
7. Although Plaintiff needs to be housed in a federal medical facility defendants Samuels and Santana refuse to do so though they are the only ones with the authority to do so.

2

8. Without proper observation and treatment the Plaintiff will die.

## V. Requested Relief

1. Injunction compelling defendants to transfer the plaintiff to a federal medical facility.
2. Compensatory Damages of $50,000.00
3. Punitive Damages of $150,000.00

I declare the aforegoing is true and correct under Penalty of Perjury pursuant to 28 USC 1746.

*Jeremy Pinson*
Jeremy Pinson # 16267064
PO Box 8500
Florence CO 81226

3

Name: Jeremy Pinson
Reg. No: 16267-064
U.S. PENITENTIARY MAX
P.O. Box 8500 S-28-132
Florence, CO 81226-8500

Legal Mail

COLORADO SPRINGS
CO 809 2 T
29 MAY 2013 PM

3-13CV2098-D



U.S. District Court
1100 Commerce St., Rm. 1452
Dallas TX 75242