IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JEREMY PINSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:13-CV-2098-D |
| VS. | § | |
| | § | |
| JOSE SANTANA, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Plaintiff filed on January 10, 2014 an emergency motion for a preliminary injunction, which the court referred to the magistrate judge for recommendation. On February 19, 2014 the magistrate judge filed his findings, conclusions, and recommendation. Plaintiff filed his objection on March 11, 2014.

Without suggesting that the court agrees in all respects with the reasons set out by the magistrate judge, the court concludes following *de novo* review that the ultimate recommendation is correct. Accordingly, after making an independent review of the pleadings, files, and records in this case, the February 19, 2014 findings, conclusions, and recommendation of the magistrate judge, and plaintiff's March 11, 2014 objection, the court adopts the recommendation of the magistrate judge and denies plaintiff's January 10, 2014 emergency motion for a preliminary injunction.

**SO ORDERED.**

April 17, 2014.

SIDNEY A. FITZWATER
CHIEF JUDGE