IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JEREMY PINSON, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | Civil Action No. 3:13-CV-2098-D |
| VS. | § | |
| | § | |
| JOSE SANTANA, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the November 23, 2015 findings, conclusions, and recommendation of the magistrate judge, and after considering the objections of plaintiff Jeremy Pinson ("Pinson") and defendants' response to Pinson's objections, the court concludes that the magistrate judge's findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted, and defendants' May 4, 2015 motion to dismiss or alternatively, motion for summary judgment is granted in part and denied in part.

Pinson's November 23, 2015 motion compelling supplementation of the record is denied without prejudice as moot. In that motion, Pinson requests that the court order defendants to file under seal all Psychology Data System entries since August 10, 2015 regarding Pinson. On December 11, 2015 defendants filed these records under seal. The motion is therefore moot.

**SO ORDERED**.

March 23, 2016.

*Sidney A. Fitzwater*
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE